**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1310**

In Re: EVA CHRISTINE THIEL,

        Debtor.

-----------------------------------

WIMER & ASSOCIATES, PC, d/b/a Asheville Law Group,

        Plaintiff – Appellant,

    v.

EVA CHRISTINE THIEL,

        Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Martin K. Reidinger, District Judge. (1:14-cv-00168-MR)

Submitted: December 22, 2015        Decided: January 5, 2016

Before SHEDD, DUNCAN, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

D. Rodney Kight, Jr., Asheville, North Carolina, for Appellant. Kevin J. Radey, LAW OFFICES OF KEVIN J. RADEY, PLLC, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wimer & Associates, P.C., appeals from the district court's order affirming the bankruptcy court's order dismissing its adversary proceeding filed in Eva Christine Thiel's bankruptcy case seeking a determination that Thiel's debt to it for pre-petition legal fees was not dischargeable in her bankruptcy case. We have reviewed the parties' arguments and the record submitted on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Wimer & Assocs., P.C. v. Thiel</u>, No. 1:14-cv-00168-MR (W.D.N.C. Feb. 24, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>